UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUZANNE E. CANNON, and<br>JEFFREY A. CANNON, JR., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:16-cv-00095-RLY-DKL |
| vs. | ) | |
| | ) | |
| UNITED GUARANTY RESIDENTIAL | ) | |
| INSURANCE CO., | ) | |
| KOCH LAW FIRM, P.C., and | ) | |
| JASON  MCAULTY, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Consistent with the Entry issued this day, the court now enters final judgment in

favor of Defendants, United Guaranty Residential Insurance Co., Koch Law Firm, P.C.,

and Jason McAuley and against Plaintiffs, Suzanne E. Cannon and Jeffrey A. Cannon, Jr.

**SO ORDERED** this 2nd day of March 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1